# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

PALLIS WEAVER,

    Petitioner,

v.                                CASE NO. 4:04cv21-RH/WCS

JAMES CROSBY,

    Respondent.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the Magistrate Judge's Report and Recommendation (document 12), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The Report and Recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "The petition for writ of habeas corpus challenging the conviction and sentence in case number 2002-60-CF in the Circuit Court, Third Judicial Circuit, Taylor County, Florida, is

denied with prejudice." The clerk shall close the file.

SO ORDERED this 20th day of April, 2005.

s/Robert L. Hinkle  
Chief United States District Judge
